# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
### at GREENVILLE


MICHAEL W. BELCHER            )
                             )
v.                           )      NO. 2:10-CV-191
                             )      *Greer/Inman*
HOWARD CARLTON, Warden       )

## MEMORANDUM


        Acting *pro se*, Michael Wayne Belcher, a prisoner in the Northeast Correctional Complex, submitted this "Complaint for Negligence," which was filed as civil rights case under 42 U.S.C. § 1983.  However, the document cannot be characterized as a pleading in a civil case because, in substance, it is a motion to determine the status of Mr. Belcher's then-pending habeas corpus proceedings.  *See Belcher v.Carlton*, Civil No. 2:07-cv-178 (E.D.Tenn. Sept. 10, 2010).  Indeed, Mr. Belcher proclaims in his filing that "[t[his action is Federal Habeas Corpus."

        One week after he filed this complaint, Mr. Belcher's habeas corpus application was dismissed.  That dismissal has rendered both the "complaint"and the case itself **MOOT**.  Accordingly, this lawsuit will be dismissed by separate order.

        **ENTER**:



          s/J. RONNIE GREER
        UNITED STATES DISTRICT JUDGE